**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBERT STRINGER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 3:25-cv-294 |
| | ) | Judge Stephanie L. Haines |
| C/O WINGARD *et al.*, | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MEMORANDUM ORDER**

Presently before the Court is a Complaint in Civil Action pursuant to 42 U.S.C. § 1983 filed *pro se* by Robert Stringer ("Plaintiff") (ECF No. 1-2). Plaintiff asserts that while he was incarcerated at the State Correctional Institution at Somerset ("SCI-Somerset") his civil rights were violated when his hands were cuffed too tightly for a prolonged period of time causing numbness in his thumbs. ECF No. 1-2, ¶¶ 11-26. He asserts Eighth Amendment Claims of Excessive Force (Count I) and Failure to Protect (Count II). Plaintiff states that he told Defendants[1] that the cuffs were too tight and that his thumbs were numb. Every two hours Plaintiff was provided an opportunity to stretch his hands, and the Nurse made a determination that the numb feeling was normal. *Id.* ¶ 22. The numbness persisted for two weeks and he was diagnosed with temporary nerve damage. *Id.* ¶¶ 30-31, 33.

Defendants filed a Motion to Dismiss (ECF No. 10) and supporting Brief (ECF No. 11) for failure to conform to pleading standards and failure to state a claim. Plaintiff filed a Response (ECF No. 18). The fully briefed Motion to Dismiss was referred to Magistrate Judge Maureen P.

[1] "Defendants" refers to Corrections Officers Wingard, Setliff, and Fink. As of the writing of this Opinion Jane Doe (Nurse) has not entered an appearance.

Kelly for proceedings in accordance with the Federal Magistrates Act, 28 U.S. C. § 636, and Local Civil Rule 72.D.

On September 4, 2026, Magistrate Judge Kelly filed a Report and Recommendation (ECF No. 24) recommending that the Motion to Dismiss (ECF No. 10) be granted. The Magistrate Judge found that claims against the Defendants in their official capacity should be dismissed with prejudice because in their official capacities Defendants are protected by Eleventh Amendment Immunity. ECF No. 10, pp. 6-7. Magistrate Judge Kelly also recommended all other claims as to Defendants in their individual capacities be dismissed without prejudice to provide Plaintiff the opportunity to amend the Complaint with more supporting facts. The Parties were advised that they had fourteen days to file written objections. *See* 28 U.S.C.§ 636 (b)(1)(B) and (C) and Local Civil Rule 72.D.2. No objections were filed, and the time to do so has expired.

Upon review of the record and the Report and Recommendation (ECF No. 24) under the applicable "reasoned consideration" standard, *see EEOC v. City of Long Branch*, 866 F.3d 93, 100 (3d Cir. 2017) (standard of review when no timely and specific objections are filed), and pursuant to Local Civil Rule 72.D.2, the Court will accept in whole the findings and recommendations of Magistrate Judge Kelly in this matter. Judge Kelly correctly determined that Plaintiff's claims as to Defendants in their official capacity should be dismissed with prejudice. Judge Kelly also correctly found that the claims of excessive force and failure to intervene were insufficient for pleading plausible claims.

Accordingly, the following order is entered:

**ORDER**

AND NOW, this 30th day of September, 2026, IT IS ORDERED that the Motion to Dismiss (ECF No. 10) hereby is GRANTED as follows:

- As to Counts I and II against Defendants in their official capacities the Complaint (ECF No. 1-2) is Dismissed with prejudice and without leave to amend.
- As to Counts I and II against Defendants in their individual capacities the Complaint (ECF No. 1-2) is Dismissed without prejudice. Plaintiff is afforded 30 days from the date of this Memorandum Opinion to file an Amended Complaint providing more detail as described in the Magistrate Judge's Report and Recommendation (ECF No. 24).

IT IS FURTHER ORDERED that Magistrate Judge Kelly's Report and Recommendation (ECF No. 24) is adopted as the Opinion of the Court; and,

IT IS FURTHER ORDERED that if Plaintiff does not file an Amended Complaint within 30 days of this Memorandum Order this case may be dismissed with prejudice in its entirety and closed.

Stephanie L. Haines
United States District Judge

Robert Stringer
GJ1592
SCI Pine Grove
189 Fyock Road
Indiana, PA 15701
Pro Se